# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>MIDWAY INDUSTRIES LIMITED LIABILITY COMPANY, a Maryland limited liability company, *et al.*<br><br>Defendants. | Case No. 1:14-cv-02312-JFM |

## ORDER

Upon consideration of the Epstein Defendants' Motion for an Order Shortening Plaintiff's Time to Respond to Motion for an Order Shortening Plaintiff's Time to Respond to the Motion to Authorize Payment of Attorneys' Fees From Frozen Assets and Motion for Expedited Consideration, and any Opposition thereto, it is this 12 day of Aug 2014 hereby ORDERED that:

1. The Motion is GRANTED; and

2. The Plaintiff has until 5:00 p.m. on August 14, 2014 to file any Opposition to the Motion to Authorize Payment of Attorneys' Fees From Frozen Assets.

Date

_____
The Honorable J. Frederick Motz
United States District Judge