UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 20, 2014

MEMO TO COUNSEL RE: Federal Trade Commission v. Midway Industries Limited Liability Co., et al.
Civil No. JFM-14-2312

Dear Counsel:

I have reviewed the memoranda submitted in connection with the Epstein defendants' motion to authorize payment of attorneys' fees from frozen assets.

The motion (document 23) is granted in part and denied in part. I will increase the amount to be released for the payment of attorneys' fees by $25,000. Otherwise, the motion is denied. It seems to me that the release of an additional $25,000 is sufficient to enable a reasonable retainer. Of course, if the amount of time expended exceeds the amount of the retainer, I will (as plaintiff contemplates) authorize the payment of additional fees. However, I caution counsel for the Epstein defendants to be careful about not expending time profligately. In the final analysis if persons were harmed, compensation should be provided to them, not defendants' attorneys.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge