**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION** | * | |
| **Plaintiff** | * | |
| **v.** | * | **Case No. JFM-14-cv-2312** |
| **MIDWAY INDUSTRIES, LLC, et al.** | * | |
| **Defendants** | * | |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**NOTICE TO STRIKE APPEARANCE OF ALAN F.M. GARTEN AS COUNSEL FOR
ENVIRONMENTAL INDUSTRIES, LLC, MID ATLANTIC
INDUSTRIES LLC, MIDWAY MANAGEMENT, LLC,
B&E INDUSTRIES, LLC AND BRIAN K. WALLEN**

1.      Alan F.M. Garten is listed as co-counsel for Defendants Environmental Industries, LLC, Mid Atlantic Industries LLC, Midway Management, LLC, B&E Industries, LLC and Brian K. Wallen.

2.      Mr. Garten requests that his appearance be stricken as co-counsel for the aforementioned Defendants.

3.      Ira L. Oring and Jay Abarbanel will remain as co-counsel for the aforementioned Defendants.

> */s/ Alan F.M. Garten*
> Alan F.M. Garten  (Bar No. 4995)
> agarten@fedgar.com
> Fedder and Garten Professional Association
> 36 South Charles Street, Suite 2300
> Baltimore, MD 21201
> 410-539-2800
> *Attorneys for Defendants Environmental Industries, LLC, Mid Atlantic Industries LLC, Midway Management, LLC, B&E Industries, LLC, and Brian K. Wallen*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of September, 2014, copies of the foregoing

Notice to Strike Appearance were served via the Court's electronic filing system upon the

following:

Harris A Senturia, Esq.
Marci Frederick, Esq.
111 Superior Ave., Suite 200
Cleveland, Ohio 44114
*Attorneys for FTC*

Gregory Todd Lawrence, Esq.
Hannah Kon, Esq.
Conti Fenn and Lawrence LLC
36 S. Charles Street, Suite 2501
Baltimore, MD 21201
*Counsel for:*
*Midway Industries LLC*
*Commercial Industries LLC*
*National LLC*
*State Power & Lighting LLC*
*Standard Industries LLC*
*Essex Industries, LLC*
*Johnson Distributing LLC*
*Hansen Supply LLC*
*Eric A. Epstein*

*/s/ Alan F.M. Garten*
Alan F.M. Garten