# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | * | |
| | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | **Case No. 14-CV-2312 JFM** |
| | * | |
| **MIDWAY INDUSTRIES LLC, _et al._,** | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

*   *   *   *   *   *   *   *   *   *   *   *   *

## RECEIVER'S NOTICE REGARDING OCTOBER 29, 2014
## ORDER APPROVING PAYMENT OF FEES AND EXPENSES

Receiver Peter E. Keith respectfully submits this notice to inform the Court that he will implement the terms of the Court's October 29, 2014 Order Approving Payment of Fees and Expenses for the Temporary Receiver and Counsel [Document 73] and pay the Court-approved fees of the Receiver, his counsel, and his accountants.

Respectfully submitted,

GALLAGHER EVELIUS & JONES LLP

_____/s/_____

Mark S. Saudek, Federal Bar No. 23963
Brian T. Tucker, Federal Bar No. 27485
218 N. Charles Street, Suite 400
Baltimore MD  21201
410-727-7702

_Attorneys for Peter E. Keith,_
_Court-Appointed Receiver_

Date:  January 15, 2015

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of January, 2015, a copy of the Receiver's Notice regarding October 29, 2014 Order Approving Payment of Fees and Expenses was served by CM/ECF on:

Harris A. Senturia, Esq.
Amy Cadle Hocevar, Esq.
Marci Frederick, Esq.
1111 Superior Avenue
Suite 200
Cleveland, OH  44114
*Counsel for Federal Trade Commission*

George G. Mahfood, Esq.
Rhett Traband, Esq.
Broad and Cassel
One Biscayne Tower
2 S Biscayne Blvd
21st Floor
Miami, FL 33131

Gregory Todd Lawrence, Esq.
Hannah Kon, Esq.
Conti Fenn and Lawrence LLC
36 S. Charles Street, Suite 2501
Baltimore, MD 21201

*Counsel to:*
*Midway Industries LLC*
*Commercial Industries LLC*
*National LLC*
*State Power & Lighting LLC*
*Standard Industries LLC*
*Essex Industries, LLC*
*Johnson Distributing LLC*
*Hansen Supply LLC*
*Eric A. Epstein*

Alan F. M. Garten, Esq.
Ira L. Oring, Esq.
Fedder and Garten PA
36 S. Charles Street
Suite 2300
Baltimore, MD 21201

*Counsel to:*
*Environmental Industries, LLC*
*Mid Atlantic Industries LLC*
*B & E Industries, LLC*
*Brian K. Wallen*

David M. Ross, Esq.
Wilson Elser Moskowitz Edelman &
   Dicker LLP
700 11th Street, NW, Suite 400
Washington, DC  20001

Daniel F. Flores, Esq.
Wilson Elser Moskowitz Edelman &
   Dicker LLP
200 Campus Drive
Florham Park, NJ  07932

*Counsel to Bank of America, N.A.*


                    /s/
                  Mark S .Saudek