UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

January 29, 2015

MEMO TO COUNSEL RE:  Federal Trade Commission v. Midway Industries Limited
Liability Co., et al.
Civil No. JFM-14-2312

Dear Counsel:

In light of the fact that the Bank of America has not submitted any objection stating that it believes that the Receiver's request for compensation and out of pocket expenses is excessive, my request that the Receiver's refrain from paying themselves is hereby withdrawn and the Receiver is authorized to pay to himself the compensation and out of pocket expenses requested.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/


J. Frederick Motz
United States District Judge