UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Federal Trade Commission,<br><br>    Plaintiff,<br><br>    v.<br><br>Midway Industries Limited Liability Company, *et al.*<br><br>    Defendants. | **Case No. JFM 14-CV-2312** |

**NOTICE OF REQUEST FOR SCHEDULING ORDER**

Pursuant to District of Maryland Local Rule 103.9(b), Plaintiff Federal Trade Commission respectfully requests that the Court enter a Scheduling Order in the captioned matter.

Respectfully submitted,

Dated: February 3, 2015

/s/*Harris A. Senturia*
HARRIS A. SENTURIA (Ohio Bar #0062480)
MARCI FREDRICK (Ohio Bar #0087299)
AMY C. HOCEVAR (Ohio Bar #0075510)
Federal Trade Commission
1111 Superior Ave., Suite 200
Cleveland, Ohio 44114
Senturia Phone: (216) 263-3420
Fredrick Phone: (216) 263-3414
Hocevar Phone: (216) 263-3409
Fax: (216) 263-3426
hsenturia@ftc.gov
mfredrick@ftc.gov
ahocevar@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 3, 2015, a copy of the foregoing Notice of Request for Scheduling Order was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt who may access this filing through the Court's system.

                                                      */s/Harris A. Senturia*
                                                      Attorney for Plaintiff