**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

February 11, 2015

    MEMO TO COUNSEL RE:  Federal Trade Commission v. Midway Industries Limited
Liability Co., et al.
Civil No. JFM-14-2312

Dear Counsel:

    A scheduling conference will be held by telephone on March 11, 2015 at 4:30 pm.  I ask counsel for plaintiff to make the necessary arrangements for the conference call.

    Prior to the conference, please confer with one another as to the contents of a proposed scheduling order.  Please submit a joint or competing proposed schedule to me on or before March 5, 2015.

    Very truly yours,

    /s/

J. Frederick Motz
United States District Judge