IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | |
| v. | Case No. 14-CV-2312 JFM |
| MIDWAY INDUSTRIES LLC, *et al.*, | |
| Defendants. | |

## ORDER

Upon consideration of Receiver Peter E. Keith's February 11, 2015 Consent Motion to Modify October 29, 2014 Preliminary Injunction, Section VIII.A to Add Reisterstown, Maryland Post Office Box 370, the argument of counsel, and the entire record herein, it is hereby:

1. **ORDERED** that Receiver Peter E. Keith's February 11, 2015 Consent Motion to Modify October 29, 2014 Preliminary Injunction [Document 74], Section VIII.A to Add Reisterstown, Maryland Post Office Box 370 shall be and hereby is **GRANTED**; and it is further

2. **ORDERED** that the phrase "P.O. Box 370, Reisterstown, Maryland 21136" shall be and hereby is added to the list of Post Office Boxes contained in Section VIII.A of the Court's October 29, 2014 Stipulated Preliminary Injunction with Continued Appointment of a Receiver, Asset Freeze and Accounting [Document 74].

3. Copies of this Order shall be sent to all parties of record.

520169

So Ordered on this /9th day of Feb_____, 2015

_____
J. Frederick Motz
Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 FEB 19  AM 10:56

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

520169