UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Federal Trade Commission, | **Case No. JFM 14-CV-2312** |
| Plaintiff, | |
| v. | |
| Midway Industries Limited Liability Company, *et al.* | |
| Defendants. | |

**SCHEDULING ORDER**

Upon consideration of the argument of counsel, and the entire record herein, it is hereby

**ORDERED** that the following schedule shall govern discovery and the submission of

dispositive motions in this matter:

| Event | Date |
|---|---|
| Written discovery commences | March 16, 2015 |
| Initial disclosures due | March 30, 2015 |
| Parties may begin taking depositions | May 20, 2015 |
| Deadline to amend pleadings | June 5, 2015 |
| Fact discovery closes (see L.R. 104.2) | September 18, 2015 |
| Affirmative expert designations and reports due | October 2, 2015 |
| Deadline to complete depositions of affirmative expert witnesses | October 16, 2015 |
| Rebuttal expert designations and reports due | October 30, 2015 |
| Deadline to complete depositions of rebuttal expert witnesses | November 13, 2015 |
| Deadline to file dispositive motions | December 11, 2015 |
| Deadline to respond to dispositive motions | January 13, 2016 |
| Deadline for replies to dispositive motions | January 29, 2016 |
| Pretrial deadlines | To be scheduled |
| Trial | To be scheduled |

**IT IS FURTHER ORDERED** that if Plaintiff intends to designate any affirmative expert witness, it shall so notify all parties and the Court no later than September 2, 2015.  If Plaintiff so notifies the parties and the Court, the Court will modify the expert discovery schedule set forth above to require Plaintiff to designate any affirmative expert witness and serve any affirmative expert report before Defendants are required to designate expert witnesses and serve expert witness reports.  If the Court so modifies the expert discovery schedule, it will allow Plaintiff to designate any rebuttal expert witness and serve any rebuttal expert report after Defendants make their designations.

**IT IS FURTHER ORDERED** that the provisions and numerical limitations of Local Rule 104.1 will govern not only requests for production and requests for admission, but also interrogatories, other than those propounded for the purpose of establishing the authenticity of documents or the fact that documents constitute business records.

**IT IS SO ORDERED** this _11_ day of March , 2015.

_____
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

BY _____ DEPUTY
CLERK'S OFFICE
AT BALTIMORE
2015 MAR 17 AM 11:48
DISTRICT OF MARYLAND
U.S. DISTRICT COURT
FILED