IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FEDERAL TRADE COMMISSION
                                          *
      Plaintiff(s)
                                          *
vs.                                              Civil Action No.   JFM-14-2312
                                          *
MIDWAY INDUSTRICT LIMITED LIABILITY CO.
                                          *
      Defendant(s)
                                      ******

ORDER

Upon consideration of the Epstein defendants' second motion to partially lift the asset freeze, and the memoranda submitted in connection therewith, it is, this 8th day of May 2015

ORDERED that the motion (document 111) be denied.


          __/s/_____
          J. Frederick Motz
          United States District Judge