IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FEDERAL TRADE COMMISSION

      \*

    Plaintiff(s)

      \*

vs.                                       Civil Action No.   JFM-14-2312

      \*

MIDWAY INDUSTRIES LIMITED LIABILITY CO.

      \*

    Defendant(s)

      \*\*\*\*\*\*

ORDER

Upon consideration of the memoranda filed in connection with the Federal Trade Commission's motion for leave to file an amended complaint (document 118), and it appearing that the motion is meritorious, it is, this 2nd day of July 2015

ORDERED that the motion to amend complaint be granted.

                          \_\_/s/_____
                          J. Frederick Motz
                          United States District Judge