UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

September 7, 2016

MEMO TO COUNSEL RE: Federal Trade Commission v. Midway Industries Limited Liability Co., et al.
Civil No. JFM-14-2312

Dear Counsel:

I have reviewed the memorandum submitted in connection with the motion to intervene filed by Wells Fargo Bank and Wells Fargo Advisors. The motion (document 218) is denied. I am satisfied that the interest of the Wells Fargo entities can be fully protected by considering any claims that it files as a creditor during the receivership process.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2016 SEP -7 PM 3:33
CLERK'S OFFICE
AT BALTIMORE
BY DEPUTY