UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

September 7, 2017

MEMO TO COUNSEL RE: Federal Trade Commission v. Midway Industries
Limited Liability Co., et al.
Civil No. JFM-14-2312

Dear Counsel:

I have reviewed the papers submitted in connection with the responses by Quicken Loans, Inc. and Wells Fargo Bank, N.A. to the Receiver's report and recommendation.

I have decided that discovery is necessary on the issue of whether Quicken and Wells Fargo knew or had reason to know of the untainted source of the monies in the possession of Eric A. Epstein. The discovery deadline is November 22, 2017. I would appreciate your submitting a status report on or before December 6, 2017.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2017 SEP -7 PM 1:34

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY