THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **FEDERAL TRADE COMM'N,** | * | |
| **Plaintiff** | * | |
| v. | * | **CIVIL NO. JKB-14-2312** |
| **MIDWAY INDUS. LTD. LIAB. CO.** *et al.*, | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

In a prior order, the Court set a hearing because of concerns regarding the proposed distribution plan. (ECF No. 335.) In a prehearing brief, the Receiver has now provided additional information that satisfies the Court's concern regarding the previous lack of distinction among various claimants—those the Receiver thought entitled to share in the receivership estate and those the Receiver thought should not share in the estate. (ECF No. 336.) With the clarity this new information permits, the Court accepts that the proposed plan, as modified in the prehearing brief, is appropriate. Therefore, the Court now DIRECTS to Receiver to present to the Court a proposed distribution plan that accounts for the explanations and modifications included in the prehearing brief; the proposed distribution plan should also reflect the Court's earlier determination that Claimant Donna Suess Tarantino's objections were without merit. By separate order, the hearing has been vacated. It will not be rescheduled.

DATED this 3 day of December, 2018.

BY THE COURT:

/s/ James K. Bredar
James K. Bredar
Chief Judge